POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> ATTORNEY LEE S. HARRIS <br> GOLDSTEIN, GELLMAN, MELBOSTAD, GIBSON & HARRIS, LLP <br> 1388 SUTTER STREET Suite 1000 <br> SAN FRANCISCO, CA. 94109 | FOR COURT USE ONLY |
|---|---|
| ATTORNEY FOR *(Name)*: Plaintiff | |
| UNITED STATES DISTRICT COURT <br> NORTHERN JUDICIAL DISTRICT <br> 450 GOLDEN GATE AVENUE <br> SAN FRANCISCO, CA. 94102 | |
| PLAINTIFF/PETITIONER: SOBEL | CASE NUMBER: |
| DEFENDANT/RESPONDENT: SUN LIFE, et al. | 08-CV-1682 JCS |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: <br> 6567-00 |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of: **Civil Case Cover Sheet/Summons As To SPORTS MEDICAL MANAGEMENT, INC./Summons As To SUN LIFE AND HEALTH INSURANCE COMPANY/Complaint For Recovery of Erisa Plan Benefits/US District Court Northern California ECF Registration Information Handout/Order Setting Initial CMC and ADR Deadlines/Notice of Rule Discontinuing Service By Mail/Standing Order Re:Contents of Joint CMC/Welcome to District Court Packet/Notice of Assignment to Magistrate Judge For Trial/Consent to Proceed Before a US Magistrate Judge Form/Declination to Proceed Before a Magistrate Judge**
3. a. Party served *(specify name of party as shown on documents served)*: **SPORTS MEDICAL MANAGEMENT, INC.**

   b. [XX] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*: **GRACE DUBUK, ADMINISTRATIVE ASSISTANT/OVER 18YRS. AUTHORIZED TO ACCEPT SERVICE OF PROCESS**

4. Address where the party was served: **500 ARGUELLO STREET Suite 100 REDWOOD CITY, CA.**
5. I served the party *(check proper box)*
   a. [XX] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: 3/31/08  (2) at *(time)*: 2:30PM
   b. [ ] **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*: from *(city)*: or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

**PROOF OF SERVICE OF SUMMONS**

| PLAINTIFF/PETITIONER: SOBEL | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: SUN LIFE, et al. | 08-CV-1682 JCS |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date)*:                                (2) from *(city)*:

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section)*:

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☒ On behalf of *(specify)*: **SPORTS MEDICAL MANAGEMENT, INC.**
      under the following Code of Civil Procedure section:
      ☒ 416.10 (corporation)                  ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)          ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)   ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)                ☐ 415.46 (occupant)
                                              ☐ other:

7. **Person who served papers**
   a. Name: **ACE LEGAL ASSISTANCE**
   b. Address:  386  2nd AVE.  SAN FRANCISCO, CA.  94118
   c. Telephone number: 415  864-2020
   d. The fee for service was: $  125.00
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒ a registered California process server:
         (i) ☐ owner ☒ employee ☐ independent contractor.
         (ii) Registration No.:  11
         (iii) County:  San Francisco

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: MARCH 31, 2008

LORRAINE BALINTON
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                    (SIGNATURE)