UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Jerry Sobel, M.D.

No. C 08-1682

Plaintiff(s),

v.

Sun Life and Health Insurance Company,
Inc.; Sports Medical Management, Inc.

Defendant(s).
_____/

**DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: April 1, 2008

Signature _____

Counsel for Plaintiff
(Plaintiff, Defendant, or indicate "pro se")