IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY SOBEL, | No. C 08-01682 WHA |
| Plaintiff, | |
| v. | **CLERK'S NOTICE SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE ON REASSIGNMENT** |
| SUN LIFE AND HEALTH INSURANCE COMPANY, INC., et al., | |
| Defendant. | |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity, and/or the attached Certificate of Service)

YOU ARE NOTIFIED THAT the Court has scheduled an Initial Case Management Conference for **July 3, 2008 at 11:00 a.m.** before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. The deadlines in the ADR Scheduling Order filed on March 27, 2008 are changed as:

6/12/08   Last day to:
- meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan
- to file joint ADR Certification with stipulation to ADR Process or Notice of Need for ADR Phone Conference

6/26/08   Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order or Contents of Joint Case Management Statement

Dated: April 7, 2008                                                                 FOR THE COURT,

                                                                                     Richard W. Wieking, Clerk

                                                                                     By: _____
                                                                                         Dawn Toland
                                                                                         Courtroom Deputy