1  Lee S Harris, Bar No: 076699        (415) 673-5600
2  GOLDSTEIN,GELLMAN,MELBOSTAD ET
   1388 Sutter Street
3  San Francisco, CA 941095494

4  Representing: Plaintiff        File No.6567-00

5

6

7

8              United States District Court

9              Northern District of California

10

11                                                                    *BY FAX*

12  Sobel, M.D.                          Case No: 08-CV-1682 JCS

13
                                         Proof of Service of:
14          Plaintiff/Petitioner
                                            - see attached list - Summons In A Civil Action;
15              vs                          Complaint; Civil Cover Sheet; ECF Registration
                                            Information Handout; Order Setting Initial Case
16  Sun Life and Health Insurance Company, Inc. et al   Management Conference and ADR Deadlines;
                                            Notice of Rule Discontinuing Service by Mail;
17          Defendant/Respondent            Contents of Joint Case Management Statement;
18
                                         Service on:
19
                                            Sun Life and Health Insurance Company, Inc.
20

21
                                            Hearing Date:
22
                                            Hearing Time:
23
                                            Div/Dept:
24

25

26

27

28


                              PROOF OF SERVICE

FF# 6659718

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Lee S Harris, 076699<br>GOLDSTEIN, GELLMAN, MELBOSTAD ET<br>1388 Sutter Street Suite 1000<br>San Francisco, CA 941095494<br>TELEPHONE NO.: (415) 673-5600<br>ATTORNEY FOR (Name): Plaintiff | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3483 | |
| PLAINTIFF/PETITIONER: Sobel, M.D.<br>DEFENDANT/RESPONDENT: Sun Life and Health Insurance Company, Inc. et al | CASE NUMBER:<br>08-CV-1682 JCS |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>6567-00 |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: - see attached list - Summons In A Civil Action; Complaint; Civil Cover Sheet; ECF Registration Information Handout; Order Setting Initial Case Management Conference and ADR Deadlines; Notice of Rule Discontinui: Service by Mail; Contents of Joint Case Management Statement; Office Hours; Brop Box Filing Procedures; Notice of Assignment of Case To A United States Magistrate Judge for Trial; Consent to Proceed Before A

3. a. Party served: Sun Life and Health Insurance Company, Inc.

   b. Person Served: Dennett F. Kouri - Person authorized to accept service of process     **BY FAX**

4. Address where the party was served:   18400 VonKarman Suite 320
                                          Irvine, CA 92612

5. I served the party
   b. **by substituted service.** On (date): 4/2/2008         at (time): 3:00 PM     I left the documents listed in item 2 with or in the presence of: Mary Beth "Doe" (F/Cauc/45yo/5'6"/15
   
   (1) **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   
   (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:
   
   Sun Life and Health Insurance Company, Inc.
   
   under:     CCP 416.10 (corporation)

7. Person who served papers
   a. Name:          Edward Kusinsky
   b. Address:       One Legal - 194-Marin
                     504 Redwood Blvd #223
                     Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 95.75
   e. I am:
      (3) registered California process server.
         (i) Employee or Independent contractor.
         (ii) Registration No. 1826
         (iii) County ORANGE

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 4/3/2008

Edward Kusinsky                                                    *Edward Kusinsky*
(NAME OF PERSON WHO SERVED PAPERS)                                 (SIGNATURE)

Form Adopted for Mandatory Use                                                        Code of Civil Procedure, § 417.10
Judicial Council of California POS-010
[Rev. Jan 1, 2007]              **PROOF OF SERVICE OF SUMMONS**
                                                                                      FF# 6659718

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): Lee S Harris, 076699 GOLDSTEIN, GELLMAN, MELBOSTAD ET 1388 Sutter Street Suite 1000 San Francisco, CA 941095494 ATTORNEY FOR (Name): Plaintiff | TELEPHONE NO.: (415) 673-5600 Ref. No. or File No. 6567-00 | FOR COURT USE ONLY |
|---|---|---|
| Insert name of court, judicial district or branch court, if any: United States District Court 450 Golden Gate Avenue San Francisco, CA 94102-3483 | | |
| PLAINTIFF: Sobel, M.D. | | |
| DEFENDANT: Sun Life and Health Insurance Company, Inc. et al | | |
| **PROOF OF SERVICE BY MAIL** | | CASE NUMBER: 08-CV-1682 JCS |

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 504 Redwood Blvd #223, Novato, CA 94947.

On 4/3/2008, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

- see attached list - Summons In A Civil Action; Complaint; Civil Cover Sheet; ECF Registration Information Handout; Order Setting Initial Case Management Conference and ADR Deadlines; Notice of Rule Discontinuing Service by Mail; Contents of Joint Case Management Statement; Office Hours; Brop Box Filing Procedures; Notice of Assignment of Case To A United States Magistrate Judge for Trial; Consent to Proceed Before A United States Magistrate Judge; Declination

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeles, California, addressed as follows:

Sun Life and Health Insurance Company, Inc.
Dennett F. Kouri
18400 VonKarman, Suite 320
Irvine, CA 92612

BY FAX

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

$ 95.75

Anthony Espinosa
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 4/3/2008 at Los Angeles, California.

*(signature)*
Anthony Espinosa

FF# 6659718

## Attached List

Summons In A Civil Action;

Complaint;

Civil Cover Sheet;

ECF Registration Information Handout;

Order Setting Initial Case Management Conference and ADR Deadlines;

Notice of Rule Discontinuing Service by Mail;

Contents of Joint Case Management Statement;

Office Hours;

Brop Box Filing Procedures;

Notice of Assignment of Case To A United States Magistrate Judge for Trial;

Consent to Proceed Before A United States Magistrate Judge;

Declination to Proceed Before a Magistrate Judge and Request for Reassignment to A United States District Judge

BY FAX