1  Thomas M. McInerney, State Bar No. 162055
   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
2  Steuart Tower, Suite 1300
   One Market Plaza
3  San Francisco, California 94105
   Telephone:    (415) 442-4810
4  Facsimile:    (213) 442-4870
   Email: tmm@ogletreedeakins.com
5
   Attorneys for Defendant
6  SUN LIFE ASSURANCE COMPANY
   OF CANADA
7

8              **UNITED STATES DISTRICT COURT**

9            **NORTHERN DISTRICT OF CALIFORNIA**

10

11  JERRY SOBEL,                        Case No. C 08-01682 WHA

12              Plaintiff,

13        v.                            **STIPULATION EXTENDING TIME
                                        FOR RESPONSIVE PLEADING**
14
    SUN LIFE AND HEALTH INSURANCE
15  COMPANY, INC., SPORTS MEDICAL
    MANAGEMENT, INC.
16
17              Defendant.

18

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1    Pursuant to U.S. District Court for the Northern District of California Local Rule 6-

2  1(a), the parties hereby stipulate and agree to extend the deadline for defendant Sun Life

3  Assurance Company of Canada ("Sun Life") to May 15, 2008.

4

5  DATED:  April 17, 2008                    OGLETREE, DEAKINS, NASH, SMOAK &
                                             STEWART, P.C.
6

7

8                                            By:  _____/s/_____
                                                       Thomas M. McInerney
9                                                      Attorneys for Defendant
                                                 SUN LIFE ASSURANCE COMPANY
10                                               OF CANADA

11

12

13

14  DATED:  April 17, 2008                    GOLDSTEIN, GELLMAN, MELBOSTAD,
                                             GIBSON & HARRIS LLP
15

16

17                                           By:  _____/s/_____
                                                       Michael W. Flynn
18                                                     Attorneys for Plaintiff
                                                       JERRY SOBEL
19

20

21

22

23

24

25

26

27

28