1  HANSON BRIDGETT LLP
   DIANE MARIE O'MALLEY - 139166
2  domalley@hansonbridgett.com
   SARAH D. MOTT - 148597
3  smott@hansonbridgett.com
   425 Market Street, 26th Floor
4  San Francisco, CA  94105
   Telephone:   (415) 777-3200
5  Facsimile:   (415) 541-9366

6  Attorneys for Defendant
   SPORTS MEDICAL MANAGEMENT, INC.
7

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  JERRY SOBEL M.D.,<br><br>13             Plaintiff,<br><br>14  v.<br><br>15  SUN LIFE AND HEALTH INSURANCE<br>    COMPANY, INC., SPORTS MEDICAL<br>16  MANAGEMENT, INC., and DOES 1<br>    through 50, inclusive,<br>17<br>             Defendants.<br>18 | No. CV 08 1682 WHA<br><br>**STIPULATION EXTENDING DEFENDANT SPORTS MEDICAL MANAGEMENT, INC.'S TIME TO FILE RESPONSIVE PLEADING**<br><br>Action Filed:   March 27, 2008 |

19    Defendant Sports Medical Management, Inc. and Plaintiff Jerry Sobel, M.D., hereby

20 stipulate and agree to extend the time for Defendant to file a responsive pleading to Plaintiff's

21 / / / / /

22 / / / / /

23 / / / / /

24 / / / / /

25 / / / / /

26 / / / / /

27 / / / / /

28 / / / / /

- 1 -

1  Complaint to May 15, 2008. This Stipulation is made pursuant to Rule 6-1(a) of the United
2  States District Court for the Northern District of California.
3      IT IS SO STIPULATED.

Dated: April 21, 2008    GOLDSTEIN, GELLMAN, MELBOSTAD,
                                GIBSON & HARRIS, LLP

By: /s/
LEE S. HARRIS
MICHAEL W. FLYNN
Attorneys for Plaintiff Jerry Sobel, M.D.

Dated: April 21, 2008    HANSON BRIDGETT LLP

By: /s/
DIANE MARIE O'MALLEY
SARAH D. MOTT
Attorneys for SPORTS MEDICAL
MANAGEMENT, INC.