HANSON BRIDGETT LLP
DIANE MARIE O'MALLEY - 139166
domalley@hansonbridgett.com
SARAH D. MOTT - 148597
smott@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA  94105
Telephone:   (415) 777-3200
Facsimile:   (415) 541-9366

Attorneys for Defendant
SPORTS MEDICAL MANAGEMENT, INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| JERRY SOBEL M.D.,<br><br>    Plaintiff,<br><br>    v.<br><br>SUN LIFE AND HEALTH INSURANCE COMPANY, INC., SPORTS MEDICAL MANAGEMENT, INC., and DOES 1 through 50, inclusive,<br><br>    Defendants. | No. CV 08 1682 WHA<br><br>**DEFENDANT SPORTS MEDICAL MANAGEMENT, INC.'S CERTIFICATE OF NON-PARTY INTERESTED ENTITIES OR PERSONS (CIVIL L.R. 3-16)**<br><br>Action Filed:   March 27, 2008 |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than named parties, there is no such interest to report.

DATED:  April 21, 2008                                           HANSON BRIDGETT LLP


                                                By: *Diane Marie O'Malley*
                                                    DIANE MARIE O'MALLEY
                                                    SARAH D. MOTT
                                                    Attorneys for Defendant
                                                    SPORTS MEDICAL MANAGEMENT, INC.

DEFT SPORTS MEDICAL MANAGEMENT, INC.'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS (CASE #CV 08 1682 WHA)                                          1449847.1