1  HANSON BRIDGETT LLP
   DIANE MARIE O'MALLEY - 139166
2  domalley@hansonbridgett.com
   SARAH D. MOTT - 148597
3  smott@hansonbridgett.com
   425 Market Street, 26th Floor
4  San Francisco, CA  94105
   Telephone:   (415) 777-3200
5  Facsimile:    (415) 541-9366

6  Attorneys for Defendant
   SPORTS MEDICAL MANAGEMENT, INC.

7

8  **UNITED STATES DISTRICT COURT**

9  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10 **SAN FRANCISCO DIVISION**

11

| | |
|---|---|
| 12  JERRY SOBEL M.D., | No. CV 08 1682 WHA |
| 13           Plaintiff, | **SECOND STIPULATION EXTENDING DEFENDANT SPORTS MEDICAL MANAGEMENT, INC.'S TIME TO FILE RESPONSIVE PLEADING** |
| 14      v. | |
| 15  SUN LIFE AND HEALTH INSURANCE COMPANY, INC., SPORTS MEDICAL MANAGEMENT, INC., and DOES 1 through 50, inclusive, | **Action Filed:**   March 27, 2008 |
| 16 | |
| 17           Defendants. | |
| 18 | |

19    Defendant Sports Medical Management, Inc. (hereinafter "Defendant") and Plaintiff Jerry

20 Sobel, M.D. (hereinafter "Plaintiff"), hereby stipulate and agree to further extend the time for

21 Defendant to file a responsive pleading to Plaintiff's Complaint to May 30, 2008.  This Stipulation

22 / / / / / /

23 / / / / /

24 / / / / /

25 / / / / /

26 / / / / /

27 / / / / /

28 / / / / /

- 1 -

SECOND STIPULATION EXTENDING DEFENDANT SPORTS MEDICAL MANAGEMENT, INC.'S TIME TO
FILE RESPONSIVE PLEADING (CASE #CV 08 1682 WHA)

1468544.1

- 2 -

1 is made pursuant to Rule 6-1(a) of the United States District Court for the Northern District of
2 California.
3     IT IS SO STIPULATED.

5 Dated: May 13, 2008        GOLDSTEIN, GELLMAN, MELBOSTAD,
                                 GIBSON & HARRIS, LLP

                                 By:        /s/
                                       LEE S. HARRIS
                                       MICHAEL W. FLYNN
                                       Attorneys for Plaintiff Jerry Sobel, M.D.

11 Dated: May 13, 2008        HANSON BRIDGETT LLP

                                 By:        /s/
                                       DIANE MARIE O'MALLEY
                                       SARAH D. MOTT
                                       Attorneys for SPORTS MEDICAL
                                       MANAGEMENT, INC.