```
 1  HANSON BRIDGETT LLP
    DIANE MARIE O'MALLEY - 139166
 2  domalley@hansonbridgett.com
    SARAH D. MOTT - 148597
 3  smott@hansonbridgett.com
    425 Market Street, 26th Floor
 4  San Francisco, CA  94105
    Telephone:    (415) 777-3200
 5  Facsimile:    (415) 541-9366

 6  Attorneys for Defendant
    SPORTS MEDICAL MANAGEMENT, INC.
 7
```

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| JERRY SOBEL M.D.,<br><br>Plaintiff,<br><br>v.<br><br>SUN LIFE AND HEALTH INSURANCE COMPANY, INC., SPORTS MEDICAL MANAGEMENT, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | No. CV 08 1682 WHA<br><br>**THIRD STIPULATION EXTENDING DEFENDANT SPORTS MEDICAL MANAGEMENT, INC.'S TIME TO FILE RESPONSIVE PLEADING**<br><br>Action Filed:    March 27, 2008 |

Defendant Sports Medical Management, Inc. (hereinafter "Defendant") and Plaintiff Jerry Sobel, M.D. (hereinafter "Plaintiff"), hereby stipulate and agree to further extend the time for Defendant to file a responsive pleading to Plaintiff's Complaint to June 6, 2008. This Stipulation

//////
/////
/////
/////
/////
/////
/////

is made pursuant to Rule 6-1(a) of the United States District Court for the Northern District of California.

IT IS SO STIPULATED.

Dated: May 29, 2008

GOLDSTEIN, GELLMAN, MELBOSTAD, GIBSON & HARRIS, LLP

By: /s/
LEE S. HARRIS
MICHAEL W. FLYNN
Attorneys for Plaintiff Jerry Sobel, M.D.

Dated: May 29, 2008

HANSON BRIDGETT LLP

By: /s/
DIANE MARIE O'MALLEY
SARAH D. MOTT
Attorneys for SPORTS MEDICAL MANAGEMENT, INC.

- 2 -

THIRD STIPULATION EXTENDING DEFENDANT SPORTS MEDICAL MANAGEMENT, INC.'S TIME TO FILE RESPONSIVE PLEADING (CASE #CV 08 1682 WHA)    1478150.1