Lee S. Harris SB# 76699
Michael W. Flynn SB#247501
GOLDSTEIN, GELLMAN, MELBOSTAD,
GIBSON & HARRIS, LLP
1388 Sutter Street, Suite 1000
San Francisco, CA 94109-5494
415/673-5600  FAX:415/673-5606

Attorneys for Plaintiffs
JERRY SOBEL

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY SOBEL M.D., <br><br> Plaintiffs, <br><br> v. <br><br> SUN LIFE AND HEALTH INSURANCE COMPANY, INC., SPORTS MEDICAL MANAGEMENT, INC., and DOES 1-50 inclusive <br><br> Defendants. | Case No. 08-CV-1682 WHA <br><br> **NOTICE OF DISMISSAL AS TO SPORTS MEDICAL MANAGEMENT, INC.** |

**PLAINTIFF HEREBY DISMISSES** defendant SPORTS MEDICAL MANAGEMENT, INC. in the above-captioned action pursuant to FRCP 41(a)(1)(A)(i). . Each party shall bear its own fees and costs.

Dated: June 6, 2008

**GOLDSTEIN, GELLMAN, MELBOSTAD, GIBSON & HARRIS, LLP**

By:  /s/
LEE S. HARRIS
MICHAEL W. FLYNN
Attorneys for Plaintiff
JERRY SOBEL

1.

38756B:6566-00

NOTICE OF DISMISSAL
3:08-CV-1682-WHA

## ORDER

IT IS HEREBY ORDERED that claims against Defendant SPORTS MEDICAL MANAGEMENT INC. are dismissed pursuant to FRCP 41(a)(1)(A)(i). Each party shall bear its own fees and costs.

Dated: June 9, 2008.

IT IS SO ORDERED
Judge William Alsup

_____
UNITED STATES DISTRICT COURT JUDGE