# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Sobel,<br><br>    Plaintiff(s),<br><br>v.<br><br>Sun Life and Health Insurance Company, Inc.,<br><br>    Defendant(s). | 08-01682 WHA<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax

---

**Notice Re: Noncompliance With Court Order**
08-01682 WHA                          -1-

1  (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,
2  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
3  to an e-mail directed to adr@cand.uscourts.gov.

5      It is the responsibility of counsel to schedule an ADR Phone Conference, if
6  required, to occur <u>before</u> the Case Management Conference.

9  Dated: June 18, 2008

                RICHARD W. WIEKING
                Clerk
                by:    Timothy J. Smagacz

*/s/ Timothy Smagacz*
_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice Re: Noncompliance With Court Order**
08-01682 WHA                    -2-

PROOF OF SERVICE

Case Name:     Sobel v. Sun Life and Health Insurance Company, Inc.

Case Number:   08-01682 WHA

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.  I am over the age of eighteen (18) years and not a party to the action. My business address is:

>ADR Program
>United States District Court
>Norther District of California
>450 Golden Gate Avenue Floor 16
>San Francisco, CA 94102

On June 18, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>Michael William Flynn
>Goldstein, Gellman, Melbostad, Gibson & Harris, LLP
>1388 Sutter Street
>Suite 1000
>San Francisco, CA 94109-5494
>mflynn@g3mh.com
>
>Lee S. Harris Esq.
>Goldstein, Gellman, Melbostad, Gibson & Harris, LLP
>1388 Sutter Street
>Suite 1000
>San Francisco, CA 94109-5494
>lharris@g3mh.com
>
>Sun Life and Health Insurance Company, Inc.
>,
>
>Thomas Michael McInerney
>Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
>Steuart Tower
>One Market Plaza

Suite 1300
San Francisco, CA 94105
tmm@ogletreedeakins.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on June 18, 2008 in San Francisco, California.

>RICHARD W. WIEKING
>Clerk
>by:    Timothy J. Smagacz
>
>*Timothy Smagacz*
>_____
>ADR Administrative Assistant
>415-522-4205
>Tim_Smagacz@cand.uscourts.gov