Lee S. Harris (SBN 76699)
Michael W. Flynn (SBN 247501)
GOLDSTEIN, GELLMAN, MELBOSTAD, GIBSON & HARRIS, LLP
1388 Sutter Street, Suite 1000
San Francisco, CA  94109-5494
Telephone:     (415) 673-5600
Facsimile:      (415) 673-5606

Attorneys for Plaintiff
JERRY SOBEL, M.D.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY SOBEL, M.D.,<br><br>    Plaintiff,<br>v.<br><br>SUN LIFE AND HEALTH INSURANCE COMPANY, INC.,<br><br>    Defendants. | Case No. CV 08-1682-WHA<br><br>**PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: June 18, 2008

**GOLDSTEIN, GELLMAN, MELBOSTAD, GIBSON & HARRIS LLP**

By:  /s/
LEE S. HARRIS
MICHAEL W. FLYNN
Attorney for Plaintiff
JERRY SOBEL, M.D.

1.