Thomas M. McInerney, State Bar No. 162055
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, California 94105
Telephone:    (415) 442-4810
Facsimile:    (415) 442-4870
Email:  tmm@ogletreedeakins.com

Attorneys for Defendant
SUN LIFE ASSURANCE COMPANY
OF CANADA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY SOBEL,<br><br>        Plaintiff,<br><br>    v.<br><br>SUN LIFE AND HEALTH INSRUANCE COMPANY, INC., SPORTS MEDICAL MANAGEMENT, INC., and DOES 1 THROUGH 50, INCLUSIVE,<br><br>        Defendants. | Case No. C 08-01682 WHA<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

///

///

///

///

///

///

///

///

///

///

6452014

1    Pursuant to United States District Court for the Northern District of California Local Rule

2    3-16, Defendant Sun Life Assurance Company of Canada provides the following Certification of

3    Interested Entities or Persons:

4    Sun Life Assurance Company of Canada is wholly owned by Sun Life Financial Inc., a

5    publicly traded company.

6

7    DATED:  June 23, 2008                                    Respectfully submitted,

8

9                                                             By:  ___/s/ Thomas M. McInerney_____

                                                                        Thomas M. McInerney
10                                                            Attorneys for Defendant
                                                              SUN LIFE ASSURANCE COMPANY OF
11                                                            CANADA

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6452014

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS