UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JERRY SOBEL

                Case No. C 08-01682 WHA

       Plaintiff(s),

       v.               ADR CERTIFICATION BY PARTIES
                               AND COUNSEL
SUN LIFE AND HEALTH
INSURANCE COMPANY, INC.,
SPORTS MEDICAL MANAGEMENT, I
       Defendant(s).
_____/

     Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

     **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

     **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

     **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 6·25·08

                                                     [Party]
                                                     Sun Life Assurance Company of Canada

Dated: 6-25-08

                                                     [Counsel]
                                                     Thomas M. McInerney

| |
|---|
| When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options." |