Mark E. Schmidtke
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Two First National Plaza, 25th Floor
20 South Clark St.
Chicago, IL 60603  (312)-558-1220

FILED
08 JUN 26 PM 12 25
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Jerry Sobel

        CASE NO. 08-1682 WHA

   Plaintiff(s),

        APPLICATION FOR
  v.      ADMISSION OF ATTORNEY
        *PRO HAC VICE*

Sun Life Assurance Company of Canada

   Defendant(s).

   Pursuant to Civil L.R. 11-3, Mark E. Schmidtke, an active member in good standing of the bar of Indiana, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Sun Life Assurance Co. of Canada in the above-entitled action.

   In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Thomas M. McInerney, Steuart Tower, One Market Plaza, Suite 1300, San Francisco, CA 94105, 415-442-4810

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 6-25-08

Mark E. Schmidtke

RECEIVED
JUN 26 2008
RICHARD W. WIEKING
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

Jerry Sobel

               Plaintiff(s),

v.

Sun Life Assurance Company of Canada

               Defendant(s).

CASE NO. 08-1682 WHA

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Mark E. Schmidtke, an active member in good standing of the bar of Indiana whose business address and telephone number (particular court to which applicant is admitted) is

Ogletree, Deakins, Nash, Smoak & Stewart, P.C., Two First National Plaza, 25th Floor, 20 South Clark St., Chicago, IL 60603 (312) 558-1220

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Sun Life Assurance Company of Canada

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____

                                                United States District Judge