Mark E. Schmidtke
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Two First National Plaza, 25th Floor
20 South Clark St.
Chicago, IL 60603  (312)-558-1220

FILED
08 JUN 26 PM 12: 25
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Jerry Sobel

          Plaintiff(s),

v.

Sun Life Assurance Company of Canada

          Defendant(s).

CASE NO. 08-1682 WHA

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

Pursuant to Civil L.R. 11-3, Mark E. Schmidtke, an active member in good standing of the bar of Indiana, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Sun Life Assurance Co. of Canada in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Thomas M. McInerney, Steuart Tower, One Market Plaza, Suite 1300, San Francisco, CA 94105, 415-442-4810

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 6-25-08

Mark E. Schmidtke

RECEIVED

JUN 2 6 2008

UNITED STATES DISTRICT COURT

Northern District of California

Jerry Sobel

                                                      CASE NO. 08-1682 WHA

                    Plaintiff(s),               **(Proposed)**
    v.                                              **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Sun Life Assurance Company of Canada

                    Defendant(s).
_____/

Mark E. Schmidtke ☒ , an active member in good standing of the bar of Indiana ☒ whose business address and telephone number (particular court to which applicant is admitted) is

Ogletree, Deakins, Nash, Smoak & Stewart, P.C., Two First National Plaza, 25th Floor, 20 South Clark St., Chciago, IL 60603 (312) 558-1220

,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Sun Life Assurance Company of Canada ☒ .

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
                                     United States District    Judge

ORIGINAL

UNITED STATES DISTRICT COURT
For the Northern District of California