**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

**JUDGE WILLIAM ALSUP**

Date: July 3, 2008

Case No. C 08-01682 WHA

Title: JERRY SOBEL v. SUN LIFE AND HEALTH INS

Plaintiff Attorneys: Michael Flynn; Lee Harris

Defense Attorneys: Thomas McInerner

Deputy Clerk: Dawn Toland

Court Reporter: Sahar McVickar

**PROCEEDINGS**

1) CMC - HELD

2) 

Continued to **1/8/09 at 11:00am** for Further Case Management Conference

Continued to ___ for Pretrial Conference

Continued to ___ for Trial

**ORDERED AFTER HEARING:**

Motion for summary judgment shall be filed by 10/9/08. Initial disclosures shall be made by 7/31/08.