IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY SOBEL, M.D., | No. C 08-01682 WHA |
| Plaintiff, | |
| v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| SUN LIFE AND HEALTH INSURANCE COMPANY, INC., | |
| Defendant. | |

The March 12, 2009, case management conference is **CANCELLED** and **RESET** for **MAY 7, 2009, AT 11:00 A.M.**, with the understanding that no further continuances will be allowed.

**IT IS SO ORDERED.**

Dated: March 6, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE