UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA-SAN FRANCISCO

| | |
|---|---|
| JERRY SOBEL, M.D.,<br><br>Plaintiff,<br><br>v.<br><br>SUN LIFE AND HEALTH INSURANCE COMPANY, INC.,<br><br>Defendant. | Case No. 3:08-CV-1682 WHA<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Based upon the Stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is hereby dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii).

Costs paid.

Dated: May 15, 2009

_____
United States District Judge William Alsup

IT IS SO ORDERED
Judge William Alsup

---

ORDER OF DISMISSAL WITH PREJUDICE –[CASE NO.: 3:08-CV-1682 WHA]